WADLEF REALTY, INC., Appellant, *v.* MANHATTAN LIFE INSURANCE COMPANY, Respondent.

Argued June 5, 1945; decided July 19, 1945.

*Leo E. Sherman* for appellant.

*Nanette Dembitz* and *Alfred Berman* for Equitable Estates, Inc., *amicus curiæ*, in support of appellant's position.

*John J. Cunneen* and *Philip J. Ross* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: LOUGHRAN and THACHER, JJ.